## COX ET AL. *v.* HARWOOD AUTOMOTIVE COMPANY.

[No. 13,151.   Filed October 24, 1928.   Rehearing denied February 13, 1929.]

*John A. Kersey*, for appellants.
*Condo & Batton*, for appellee.

MCMAHAN, J.—Affirmed, on authority of *McKee* v. *Harwood Automotive Co.* (1928), 162 N. E. (Ind. App.) 62.

## SHEPHERD *v.* BANNISTER ET AL.

[No. 13,323.   Filed February 15, 1929.]

*Rochford, Wall & Rochford* and *James D. Ermston*, for appellant.
*John H. Rader*, for appellees.

PER CURIAM.—Affirmed.

## HOLEM *v.* HAMPTON.

[No. 13,316.   Filed February 19, 1929.]

*Eli F. Seebirt, Lenn J. Oare* and *George W. Omacht*, for appellant.
*Wise & Wise*, for appellee.

PER CURIAM.—Affirmed, with ten per cent. penalty.